```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

**Estate of Margaret P. Lunt**

    **v.**                                    Case No. 04-cv-398-PB

**Gregory Alan Gaylor**


### NOTICE OF RULING

    Re:  Document No. 65, Motion for Video/Teleconference Testimony

    **Ruling**: I am willing to receive testimony provided from a remote location by video conferencing equipment provided that the witness has admissible testimony to offer, the testimony can be provided under oath, and the video conferencing equipment is of sufficient quality to permit effective examination of the witness and proper evaluation of the evidence by the jury. It is the responsibility of the party proposing to offer testimony by video conference to make the necessary arrangements for such testimony. I will reserve judgment concerning the admissibility of such testimony until the time that it is offered during the trial.


    Entered by:  Paul Barbadoro, U.S. District Judge

    Date:  February 7, 2006


cc:  David Bownes, Esq.
     Gregory Alan Gaylor, pro se